A. D. TOWNSEND, AS CHAIRMAN OF THE BOARD OF PUBLIC INSTRUCTION FOR THE COUNTY OF LAFAYETTE, STATE OF FLORIDA, *Plaintiff in Error,* v. THE STATE OF FLORIDA EX REL C. C. HOWELL, *Defendant in Error.*

Decision Filed December 17, 1920.

A Writ of Error to the Circuit Court for Lafayette County; M. F. Horne, Judge.

*Hal W. Adams,* for Plaintiff in Error;

*C. C. Howell,* for Defendant in Error.

. PER CURIAM.—This cause having been·heretofore submitted to the Court upon the transcript of the record of the judgment aforesaid,·and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in 'the premises, it seems to the Court that there is no error in' the said judgment; it is, therefore, considered, ordered and adjudged 'by the Court .that the said judgment of ·the .Circuit Court be, and the same is hereby, affirmed..·

BROWNE, C. J., AND TAYLOR AND WEST, J. J., concur.

WHITFIELD AND ELLIS, J. J., dissent.